**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SKENDER ALIJAJ,<br><br>                    Plaintiff,<br><br>          v.<br><br>WELLS FARGO,<br><br>                    Defendant. | Civil Action No. 1:17-cv-01887-VSB<br><br>**DEFENDANT'S NOTICE OF MOTION<br>FOR SUMMARY JUDGMENT** |

TO:   Mr. Skender Alijaj
         Plaintiff pro se
         60 Wilzette Drive
         Middletown, NJ 07748

PLEASE TAKE NOTICE that on a date to be set by the Court, the undersigned attorneys for Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), shall move before the Honorable Vernon S. Broderick, U.S.D.J., at United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 518, New York, NY 10007, for an order granting Wells Fargo's motion to dismiss the Complaint, in its entirety, with prejudice.

PLEASE TAKE FURTHER NOTICE that in support of its motion, Wells Fargo will rely on the following documents, submitted herewith: (1) Certification of Colleen P. Tandy; (2) Defendant's Local Civil Rule 56.1 Statement of Material Facts; and (3) Defendant's Memorandum of Law in Support of Motion for Summary Judgment.

PLEASE TAKE FURTHER NOTICE that a proposed Order Granting Summary Judgment is also submitted.

1

2

                    FISHER & PHILLIPS LLP
                    Attorneys for Defendant
                    Wells Fargo Bank, N.A.

By:   *s/Colleen P. Tandy*
       COLLEEN P. TANDY, ESQ.
       For FISHER & PHILLIPS LLP
       430 Mountain Avenue, Suite 303
       Murray Hill, New Jersey 07974
       Tel.: (908) 516-1050
       Fax: (908) 516-5051
       E-mail: ctandy@fisherphillips.com

Dated: October 26, 2018