UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SKENDER ALIJAJ,

                    Plaintiff,                    17 **CIVIL** 1887 (VSB)

      -against-                      **JUDGMENT**

WELLS FARGO,

                    Defendant.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 9, 2022, Defendant's motion to dismiss all remaining claims is GRANTED, and Plaintiff's motion for reconsideration is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
          February 10, 2022

                                                            RUBY J. KRAJICK
                                                             _____
                                                              Clerk of Court
                                    BY:
                                                               Deputy Clerk